IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:19-CV-00090-BO

**Dominic Franks**,

        Plaintiff,

v.

**Sheriff Ernie Coleman**, et al.,

        Defendants.

**Order**

The Motion to Modify the Scheduling Order is granted. D.E. 44. The court sets the following deadlines:

1. If the court grants Plaintiff's Second Motion for Leave to File an Amended Complaint:

    a. The parties may conduct discovery for 60 days from the date the Second Amended Complaint is filed. All discovery must be served in time to be completed by the end of the 60-day period.

    b. Dispositive motions must be filed no later than 30 days after the expiration of the discovery period.

2. If the court denies Plaintiff's Second Motion for Leave to File an Amended Complaint dispositive motions must be filed no later than 21 days after the entry of the order denying the motion.

Dated: January 4, 2021

_____
Robert T. Numbers, II
United States Magistrate Judge